UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARSEN MANSFIELD,<br><br>Defendant. | **INFORMATION**<br><br>25 cr.<br><br>26 CR 16 (CS) |

## COUNT ONE
### (Receipt and Distribution of Child Pornography)

The United States Attorney charges:

1. On or about August 1, 2024, in the Southern District of New York and elsewhere, CARSEN MANSFIELD, the defendant, knowingly received and distributed material that contained child pornography using a means and facility of interstate and foreign commerce and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, CARSEN MANSFIELD distributed a video file containing sexually explicit images of a minor ("Minor Victim-1") using an electronic device in Orange County via the direct messaging function of a social media platform.

(Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).)

## COUNT TWO
### (Extortionate Interstate Communications)

The United States Attorney further charges:

2. On or about August 4, 2024, in the Southern District of New York and elsewhere, CARSEN MANSFIELD, the defendant, with intent to extort from any person, firm, association, and corporation, any money and other thing of value, transmitted in interstate and foreign commerce any communication containing any threat to injure the property and reputation of the

addressee and of another and the reputation of a deceased person and any threat to accuse the addressee and any other person of a crime, to wit, MANSFIELD sent messages via Discord to a then 17-year-old minor ("Minor Victim-2") from Orange County, New York, threatening to distribute sexually explicit images and videos of Minor Victim-2 if Minor Victim-2 did not send him sexually explicit videos via Discord.

(Title 18, United States Code, Section 875(d).)

## FORFEITURE ALLEGATION

3.      As a result of committing the offense alleged in Count One of this Information, CARSEN MANSFIELD, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offense and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offense or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense and the following specific property:

      a.      A black Nikon CoolPix Camera, Serial Number 30110836

      b.      A blue Apple iPad, Serial Number DFP02HNHFY

      c.      A black Xbox, Serial Number 307789222617 with Modem Serial Number MD2004BBC081

      d.      A grey HP Laptop, Serial Number CNU2351H8L

      e.      A silver HP Laptop, Serial Number 5CD41956GY

      f.      An Apple iPhone in black Otterbox case, phone number: 845-731-1209

      g.      A black Apple iPhone in clear case, phone number: 973-464-6814

h.    A Dell Latitude 5430 Laptop, labeled CA-RSS-GA "Property of Dominican University New York *106020*"

### Substitute Assets Provision

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 2253;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

JAY CLAYTON
United States Attorney

3